Drohan Lee

Erika M. Vásconez
T: (212) 710-0011
evasconez@dlkny.com

August 20, 2026

MEMO ENDORSED

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *M.C. et al, v. N.Y.C. Dep't of Educ.,* 26-cv-03610 (KPF)

Dear Judge Failla,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

Defendant writes to respectfully request an adjournment of the Initial Conference (the "Conference") scheduled before Your Honor on August 28, 2026, to September 28, 2026, together with all corresponding deadlines, including the deadline to submit the Proposed Civil Case Management Plan and Scheduling Order ("CMP") and joint letter. ECF No. 6. At this time, Defendant has experienced a delay in processing this matter for settlement and requires additional time to review the underlying administrative record and attorney billing records. Defendant notes that this matter involves no discovery and that liability is not in dispute and respectfully requests additional time to explore resolution of the attorneys' fees claim without burdening the Court's resources.

Accordingly, Defendant respectfully requests that the Conference be adjourned to September 28, 2026, or to such later date as is convenient for the Court, together with the corresponding deadlines for submission of the CMP and joint letter. Thank you for considering this request.

Respectfully submitted,

By: */s/ Erika M. Vásconez*
Erika M. Vásconez, Esq.

cc: Steven J. Alizio, Esq. (*via* ECF)

Application GRANTED.

The conference scheduled for August 28, 2026 at 10:30 a.m. is hereby ADJOURNED to **October 21, 2026 at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated: August 21, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE