Drohan Lee

Erika M. Vásconez
T: (212) 710-0011
evasconez@dlkny.com

October 15, 2026

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *M.C. et al, v. N.Y.C. Dep't of Educ.,* 26-cv-03610 (KPF)

Dear Judge Failla,

We represent Defendant in the above-referenced case, wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

The parties jointly and respectfully request that the Initial Conference (the "Conference"), currently scheduled for October 21, 2026, at 11:00 a.m., be adjourned to November 5, 2026, or a later date convenient for the Court, together with a corresponding extension of the deadlines to submit the Proposed Civil Case Management Plan and Scheduling Order ("CMP") and joint letter. ECF Nos. 6, 11. This is the second request for an adjournment of the Conference. By Order dated August 21, 2026, the Court granted Defendant's first request and adjourned the Conference from August 28, 2026, to October 21, 2026. ECF No. 11.

The parties are engaged in active settlement discussions. Defendant extended a settlement offer today, which Plaintiffs' counsel is currently reviewing. The requested adjournment would allow additional time for the parties to explore resolution of this matter. The parties apologize for not submitting this request at least 48 hours before the deadline for the CMP and joint letter, as required by the Court's Order, and respectfully submit this request in light of today's settlement offer.

Accordingly, the parties respectfully request that the Conference be adjourned to November 5, 2026, or a later date convenient for the Court, and that the corresponding deadlines for submission of the CMP and joint letter be extended accordingly. The parties thank the Court for its consideration of this request.

Respectfully submitted,

By: */s/ Erika M. Vásconez*
Erika M. Vásconez, Esq.

cc: Steven J. Alizio, Esq. (*via* ECF)

Application GRANTED. The conference currently scheduled for October 21, 2026, at 11:00 a.m., is hereby ADJOURNED to **November 6, 2026, at 4:00 p.m.** The corresponding deadline for the parties to submit the CMP and joint letter is extended to on or before **October 29, 2026.**

The Clerk of Court is directed to terminate the motion at docket entry 13.

Dated: October 16, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE